# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| RICARDO K. DUKES #563960,<br>Petitioner | CIVIL DOCKET NO. 1:21-CV-00812-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| KEITH DEVILLE,<br>Respondent | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 9], and after a *de novo* review of the record, including the Objection filed by Petitioner [ECF No. 10], having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition [ECF No. 6] is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Petitioner's claims.

IT IS FURTHER ORDERED that the Motion to Appoint Counsel [ECF No. 2] is DENIED as MOOT.

THUS DONE AND SIGNED in Chambers on this 4th day of June 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE